IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HUNTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 11-4911 JSC<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

At the Case Management Conference on June 28, 2012, the Court conferred with the parties and now sets forth the following schedule:

On or before July 2, 2012, Plaintiff will provide Defendant with the proposed amended complaint. Any amended complaint shall be filed by July 6, 2012.

Within two weeks, Defendant will provide Plaintiff with a copy of the police rules and procedures applicable to this action.

Defendants will file any motion for summary judgment on or before August 30, 2012. Plaintiff's opposition shall be filed on or before September 13, 2012, and any reply on or before September 20, 2012. The parties shall meet and confer prior to the filing of any motion for summary judgment.

The hearing on the summary judgment motion, if any, will occur on September 27, 2012 at 2:00 pm.

Within 90 days, the parties shall attend a settlement conference with Judge Ryu.

Fact discovery will conclude on September 14, 2012.

The parties will meet and confer as to an expert discovery cut-off date and submit a stipulation to the Court.

The pretrial conference will be held on October 25, 2012 at 2:00 p.m.

Trial will begin on November 13, 2012.  In the event trial cannot commence on this date, the trial will instead begin on January 14, 2013.

**IT IS SO ORDERED.**

Dated:  June 28, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE