United States District Court
Northern District of California

1
2
3
4
5
6
7             IN THE UNITED STATES DISTRICT COURT
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11
12   DARRELL HUNTER,                    Case No. C11-4911 JSC
                Plaintiff,              **FURTHER PRETRIAL ORDER**
13
14        v.
15   CITY AND COUNTY OF SAN FRANCISCO, et
     al.,
16
17             Defendants.
18

19        The parties appeared before the Court for a further Case Management Conference on

20   September 13, 2012. In accordance with what was discussed at the Conference, the Court issues

21   the following further Pretrial Order:

22        Plaintiff's opposition to Defendants' Motion for Summary Judgment shall be submitted to

23   Defendants on September 18, 2012 and filed with the Court on September 20, 2012. Defendants'

24   reply, if any, is due September 25, 2012. The hearing on the motion is set for October 9, 2012 at

25   9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

26        The Court will also hear Defendants' Motion to Bifurcate on October 9, 2012. The briefing

27   schedule on this motion is as follows: moving papers due September 21, 2012, opposition due

28   September 28, 2012, and the reply, if any, is due October 3, 2012.

United States District Court
Northern District of California

1    No further written discovery may be propounded and no depositions, other than those

2    expressly authorized during the hearing on September 13, 2012, shall be noticed. Defendants

3    shall serve Plaintiff with copies of the personnel records by September 25, 2012.

4    Trial has been recalendared to commence on January 14, 2013. The Pretrial Conference

5    will take place on January 8, 2013 at 2:00 p.m., and all pretrial filings are due on January 4,

6    2013.

7

8    **IT IS SO ORDERED.**

9

10   Dated:  September 14, 2012

11                                                                   _____
                                                                     JACQUELINE SCOTT CORLEY
12                                                                   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28