IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HUNTER,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>         Defendants. | Case No. C11-4911 JSC<br><br>**FURTHER PRETRIAL ORDER** |

The parties appeared before the Court for a further Case Management Conference on September 13, 2012. In accordance with what was discussed at the Conference, the Court issues the following further Pretrial Order:

Plaintiff's opposition to Defendants' Motion for Summary Judgment shall be submitted to Defendants on September 18, 2012 and filed with the Court on September 20, 2012. Defendants' reply, if any, is due September 25, 2012. The hearing on the motion is set for October 9, 2012 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

The Court will also hear Defendants' Motion to Bifurcate on October 9, 2012. The briefing schedule on this motion is as follows: moving papers due September 21, 2012, opposition due September 28, 2012, and the reply, if any, is due October 3, 2012.

No further written discovery may be propounded and no depositions, other than those expressly authorized during the hearing on September 13, 2012, shall be noticed. Defendants shall serve Plaintiff with copies of the personnel records by September 25, 2012.

Trial has been recalendared to commence on January 14, 2013. The Pretrial Conference will take place on January 8, 2013 at 2:00 p.m., and all pretrial filings are due on January 4, 2013.

**IT IS SO ORDERED.**

Dated:  September 14, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE