IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 11-4911 JSC<br><br>**SCHEDULING ORDER** |

On October 10, 2012, the Court granted in part, denied in part, and deferred in part Defendants' Motion for Partial Summary Judgment. (Dkt. No. 59.) The motion was deferred in part so that Plaintiff could obtain additional *Monell* discovery. On November 6, 2012, the Court established a schedule for all remaining discovery in this action. In accordance with this schedule, Plaintiff's opposition to Defendants' Motion for Summary Judgment on the deferred issues is due January 31, 2013; Defendants' reply, if any, is due February 14, 2013. The Court will hear the motion on February 28, 2013 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California.

On November 5, 2012, Plaintiff filed a Request to Extend the Time to Serve Defendants Dempsey and Hennessey (Dkt. No. 64). Defendants' response to this motion is due by November 21, 2012.

1    **IT IS SO ORDERED.**

3    Dated: November 9, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE