IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 11-4911 JSC<br><br>**ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Dkt. No. 85)** |

The Court has reviewed Plaintiff's Administrative Motion to File Under Seal (Dkt. No. 85) which relates to his opposition to Defendant's Motion for Partial Summary Judgment (Dkt. No. 31). Plaintiff indicates that he needs to meet and confer with counsel for Defendants regarding which portions of his filings should be filed under seal and he anticipates filing something in one or two days. Plaintiff's opposition was due on February 5, 2013; however, Plaintiff has yet to file a copy of his opposition with the Court. By 10:00 a.m. tomorrow, February 7, 2013, Plaintiff shall deliver a Chambers Copy of his opposition brief and all related filings. The documents shall be placed in a sealed envelope, and clearly be marked as "Chambers Copies."

**IT IS SO ORDERED.**

Dated: February 6, 2013

                                                JACQUELINE SCOTT CORLEY
                                                UNITED STATES MAGISTRATE JUDGE