IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. C11-4911 JSC<br><br>**ORDER RE: REDACTIONS OF ORDER ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (Dkt. No. 115)** |

The Court filed its Order re: Defendants' Motion for Partial Summary Judgment (Dkt. No. 115) under seal because various matters referenced therein have been filed under seal in this matter. However, the Court is not persuaded that any of the things discussed in that Order are in fact confidential and properly sealable particularly in the context of a dispositive motion such as Defendants' Motion for Partial Summary Judgment. Accordingly, on or before Monday, March 11, 2013, Defendants shall file a statement setting forth which portions of the Court's Order they contend should be filed under seal with citations to the facts and law supporting their position for each and every proposed redaction. Defendants shall file their statement on the public docket.

**IT IS SO ORDERED.**

Dated: March 4, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE