|   |   |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | CHERYL ADAMS, State Bar #164194 |
|   | Chief Trial Attorney |
| 3 | MARGARET W. BAUMGARTNER, State Bar #151762 |
|   | BRADLEY A. RUSSI, State Bar #256993 |
| 4 | Deputy City Attorney |
|   | Fox Plaza |
| 5 | 1390 Market Street, Sixth Floor |
|   | San Francisco, California 94102-5408 |
| 6 | Telephone:    (415) 554-3859 |
|   | Telephone:    (415) 554-3964 |
| 7 | Facsimile:     (415) 554-3837 |
|   | E-Mail:         margaret.baumgartner@sfgov.org |
| 8 | E-Mail:         brad.russi@sfgov.org |

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO ET AL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DARRELL HUNTER, | Case No. CV 11-04911 JSC |
|---|---|
| Plaintiff, | **ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [PROPOSED] ORDER** |
| vs. |  |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; DEPUTY NIELSON (first name unknown), an individual; DEPUTY YARUMUDO (first name unknown), an individual; DEPUTY GUTIERREZ (first name unknown), an individual; OFFICER DAVIES (first name unknown), an individual; OFFICER HANS GUMPFER, an individual; and DOES 1 – 50; | Trial Date:   August 5, 2013<br>Time:          08:30 A.M.<br>Place:         Courtroom F - 15th floor<br>                 450 Golden Gate Avenue<br>                 San Francisco, CA |
| Defendants. |  |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants City and County of San Francisco et al. seek an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

1. Laptop computers;

2. Projector (with stand);

3. Oversized Projector Screen;

4. Extension cords, power cords and other necessary cords;

5. Speakers for use with laptop;

6. Additional monitors

Dated: July 2, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
MARGARET W. BAUMGARTNER
BRADLEY A. RUSSI
Deputy City Attorneys

By: _____
MARGARET W. BAUMGARTNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ADAM BURLESON, MARIO GONZALES, WILLIAM JAMES, FRANK LU, MARK NUTI, and JURNATION REYMUNDO

Dated: July 11, 2013       Jacqueline Scott

Baumgartner Decl ISO Defts' Opp. to MIL;           2                    n:\lit\li2011\120457\00857823.doc
Case No.: CV 11-04911 JSC