DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
BRADLEY A. RUSSI, State Bar #256993
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Telephone:     (415) 554-3964
Facsimile:     (415) 554-3837
E-Mail:        margaret.baumgartner@sfgov.org
E-Mail:        brad.russi@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO ET AL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HUNTER,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; DEPUTY NIELSON (first name unknown), an individual; DEPUTY YARUMUDO (first name unknown), an individual; DEPUTY GUTIERREZ (first name unknown), an individual; OFFICER DAVIES (first name unknown), an individual; OFFICER HANS GUMPFER, an individual; and DOES 1 – 50;<br><br>  Defendants. | Case No. CV 11-04911 JSC<br><br>**ADMINISTRATIVE REQUEST FOR ORDER ALLOWING EQUIPMENT THROUGH SECURITY; [PROPOSED] ORDER**<br><br>Trial Date:  August 5, 2013<br>Time:        08:30 A.M.<br>Place:       Courtroom F - 15th floor<br>             450 Golden Gate Avenue<br>             San Francisco, CA |

Pursuant to Rule 7-11 of the Northern District of California Civil Local Rules, defendants City and County of San Francisco et al. seek an Order from the Court directing the Federal Marshal and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter.

The parties request admission into the Federal Courthouse of the following:

1. Laptop computers;
2. Projector (with stand);
3. Oversized Projector Screen;
4. Extension cords, power cords and other necessary cords;
5. Speakers for use with laptop;
6. Additional monitors

Dated: July 2, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Attorney
MARGARET W. BAUMGARTNER
BRADLEY A. RUSSI
Deputy City Attorneys

By: /s/
MARGARET W. BAUMGARTNER

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, ADAM BURLESON, MARIO GONZALES, WILLIAM JAMES, FRANK LU, MARK NUTI, and JURNATION REYMUNDO

Dated: July 11, 2013           Jacqueline Scott