JOSEPH D. ELFORD (S.B. No. 189934)
600 Fell Street #101
San Francisco, CA 94102
Telephone: (415) 573-7842
Fax: (415) 252-9501

Counsel for Plaintiff
DARRELL HUNTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARRELL HUNTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*<br><br>　　　　Defendants. | No. 3:11-cv-04911-JSC<br><br>**ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER ALLOWING EQUIPMENT THROUGH SECURITY**<br><br>Trial Date:　August 5, 2013<br>Time:　　　8:30 a.m.<br>Place:　　　Courtroom D |

　　　　Pursuant to Local Rule 7-11 of the Northern District of California, plaintiff Darrell Hunter ("Hunter"), by and through his counsel, seeks an order from the Court directing the Federal Marshall and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter:

　　　　1.　　Laptop computers;

　　　　2.　　Projector with stand;

　　　　3.　　Oversized projector screen;

　　　　4.　　Extension cords and other necessary cords;

1  5. Speakers for use with laptop; and

2  6. Additional monitors.

Dated: August 2, 2013                                  Respectfully Submitted,

/s/
Joseph D. Elford

Dated: August 2, 2013



GRANTED
Judge Jacqueline Scott Corley

Admin. Request for Order Allowing Equipment Through Security
Case No. 3:11-cv-04911-JSC

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on August 2, 2013, via ECF/electronic filing upon Margaret Baumgartner, Attorney for Defendant City and County of San Francisco.

DATED:     August 2, 2013            Respectfully Submitted,


   /s/   Joseph D. Elford
JOSEPH D. ELFORD

Attorney for Plaintiff
DARRELL HUNTER