JOSEPH D. ELFORD (S.B. No. 189934)
600 Fell Street #101
San Francisco, CA 94102
Telephone: (415) 573-7842
Fax: (415) 252-9501

Counsel for Plaintiff
DARRELL HUNTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DARRELL HUNTER, | No. 3:11-cv-04911-JSC |
| Plaintiff, | **ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER ALLOWING EQUIPMENT THROUGH SECURITY** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, *et al.* | |
| Defendants. | Trial Date:   August 5, 2013<br>Time:         8:30 a.m.<br>Place:        Courtroom D |

Pursuant to Local Rule 7-11 of the Northern District of California, plaintiff Darrell Hunter ("Hunter"), by and through his counsel, seeks an order from the Court directing the Federal Marshall and/or Federal Security Services to allow into the Federal Courthouse the following for use at trial in the above-referenced matter:

    1.    Laptop computers;

    2.    Projector with stand;

    3.    Oversized projector screen;

    4.    Extension cords and other necessary cords;

5. Speakers for use with laptop; and

6. Additional monitors.

Dated: August 2, 2013          Respectfully Submitted,

                                                    /s/  
                                                    Joseph D. Elford

Dated: August 2, 2013



GRANTED  
Jacqueline S. Corley  
Judge Jacqueline Scott Corley  
UNITED STATES DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

Admin. Request for Order Allowing Equipment Through Security  
Case No. 3:11-cv-04911-JSC

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on August 2, 2013, via ECF/electronic filing upon Margaret Baumgartner, Attorney for Defendant City and County of San Francisco.

DATED:     August 2, 2013          Respectfully Submitted,


   /s/   Joseph D. Elford
JOSEPH D. ELFORD

Attorney for Plaintiff
DARRELL HUNTER