United States District Court
Northern District of California

1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

| | |
|---|---|
| DARRELL HUNTER, | Case No. CV 11-4911 JSC |
| Plaintiff, | **[PROPOSED] VERDICT FORM** |
| v. | |
| DEPUTY ADAM BURLESON, et al., | |
| Defendants. | |

1.      Has Plaintiff Darrell Hunter proven that any of the following defendants used excessive force against Plaintiff on December 7, 2010?

Deputy Adam Burleson:          Yes____      No____

Deputy Mario Gonzales:         Yes____      No____

Deputy William James:          Yes____      No____

Deputy Frank Lu:               Yes____      No____

Deputy Jurnation Reymundo:     Yes____      No____

If you answered "no" as to all of the defendants, sign and turn in this form to the Deputy Clerk.  If you answered "yes" as to any of the defendants, please answer Question No. 2.

United States District Court
Northern District of California

1

2.      Has Plaintiff proven that defendant Sr. Deputy Mark Nuti knew, or should have

2

known, that the other defendant(s) used or intended to use excessive force against Plaintiff

3

Darrell Hunter and that Sr. Deputy Nuti failed to act to prevent the other defendant(s) from

4

engaging in such conduct?

5

Yes____       No____

6

3.      Has Plaintiff Darrell Hunter proven that any of the following defendants'

7

conduct was malicious or committed in reckless disregard of Darrell Hunter's rights?

8

Deputy Adam Burleson:          Yes____       No____

9

Deputy Mario Gonzales:          Yes____       No____

10

Deputy William James:          Yes____       No____

11

Deputy Frank Lu:          Yes____       No____

12

Deputy Jurnation Reymundo:          Yes____       No____

13

Deputy Mark Nuti:          Yes____       No____

14

15

4.      Do you award Plaintiff Darrell Hunter punitive damages?

16

17

Yes____       No____

18

19

20

**IT IS SO ORDERED.**

21

22

Dated:  August 7, 2013

23

_____

JACQUELINE SCOTT CORLEY

24

UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2