IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HUNTER,<br><br>      Plaintiff,<br><br>   v.<br><br>DEPUTY ADAM BURLESON, et al.,<br><br>      Defendants. | Case No. CV 11-4911 JSC<br><br>**[PROPOSED] VERDICT FORM** |

1. Has Plaintiff Darrell Hunter proven that any of the following defendants used excessive force against Plaintiff on December 7, 2010?

    Deputy Adam Burleson:        Yes____     No____

    Deputy Mario Gonzales:        Yes____     No____

    Deputy William James:         Yes____     No____

    Deputy Frank Lu:               Yes____     No____

    Deputy Jurnation Reymundo:   Yes____     No____

If you answered "no" as to all of the defendants, sign and turn in this form to the Deputy Clerk. If you answered "yes" as to any of the defendants, please answer Question No. 2.

2. Has Plaintiff proven that defendant Sr. Deputy Mark Nuti knew, or should have known, that the other defendant(s) used or intended to use excessive force against Plaintiff Darrell Hunter and that Sr. Deputy Nuti failed to act to prevent the other defendant(s) from engaging in such conduct?

Yes____   No____

3. Has Plaintiff Darrell Hunter proven that any of the following defendants' conduct was malicious or committed in reckless disregard of Darrell Hunter's rights?

| | | |
|---|---|---|
| Deputy Adam Burleson: | Yes____ | No____ |
| Deputy Mario Gonzales: | Yes____ | No____ |
| Deputy William James: | Yes____ | No____ |
| Deputy Frank Lu: | Yes____ | No____ |
| Deputy Jurnation Reymundo: | Yes____ | No____ |
| Deputy Mark Nuti: | Yes____ | No____ |

4. Do you award Plaintiff Darrell Hunter punitive damages?

Yes____   No____

**IT IS SO ORDERED.**

Dated:  August 7, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE