United States District Court
Northern District of California

1
2
3
4
5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12
| | |
|---|---|
| DARRELL HUNTER, | Case No. CV 11-4911 JSC |
| Plaintiff, | **SECOND [PROPOSED] VERDICT FORM** |
| v. | |
| DEPUTY BURLESON, et al., | |
| Defendants. | |

20      1.     Has Plaintiff Darrell Hunter proven that any of the following defendants used

excessive force against Plaintiff on December 7, 2010?

Deputy Adam Burleson:          Yes____        No____

Deputy Mario Gonzales:         Yes____        No____

Deputy William James:          Yes____        No____

Deputy Frank Lu:               Yes____        No____

Deputy Jurnation Reymundo:     Yes____        No____

United States District Court
Northern District of California

1  If you answered "no" as to all of the defendants, sign and turn in this form to the Court Clerk.

2  If you answered "yes" as to any of the defendants, please answer Question No. 2.

3

4    2.    Has Plaintiff proven that defendant Sr. Deputy Mark Nuti knew, or should have

5  known, that the other defendant(s) used or intended to use excessive force against Plaintiff

6  Darrell Hunter and that Sr. Deputy Nuti failed to act to prevent the other defendant(s) from

7  engaging in such conduct?

8                                    Yes____        No____

9

10    3.    Has Plaintiff Darrell Hunter proven that defendant Deputy Burleson violated

11  Plaintiff's rights under the Bane Act (Cal. Civ. Code § 52.1)?

12

13                                    Yes____        No____

14

15    4.    Has Plaintiff Darrell Hunter proven that any of the following defendants'

16  conduct was malicious or committed in reckless disregard of Darrell Hunter's rights?

17    Deputy Adam Burleson:          Yes____        No____

18    Deputy Mario Gonzales:         Yes____        No____

19    Deputy William James:          Yes____        No____

20    Deputy Frank Lu:               Yes____        No____

21    Deputy Jurnation Reymundo:     Yes____        No____

22    Deputy Mark Nuti:              Yes____        No____

23

24    **IT IS SO ORDERED.**

25

26  Dated:  August 8, 2013

27                                    _____

28                                    JACQUELINE SCOTT CORLEY
                                      UNITED STATES MAGISTRATE JUDGE

2