1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12

United States District Court
Northern District of California

DARRELL HUNTER,                           Case No. CV 11-4911 JSC

             Plaintiff,                   **SECOND [PROPOSED] VERDICT
                                          FORM**
        v.

DEPUTY BURLESON, et al.,

             Defendants.

        1.      Has Plaintiff Darrell Hunter proven that any of the following defendants used

excessive force against Plaintiff on December 7, 2010?

        Deputy Adam Burleson:            Yes____      No____

        Deputy Mario Gonzales:           Yes____      No____

        Deputy William James:            Yes____      No____

        Deputy Frank Lu:                 Yes____      No____

        Deputy Jurnation Reymundo:       Yes____      No____

1    If you answered "no" as to all of the defendants, sign and turn in this form to the Court Clerk.

2    If you answered "yes" as to any of the defendants, please answer Question No. 2.

3

4        2.      Has Plaintiff proven that defendant Sr. Deputy Mark Nuti knew, or should have

5    known, that the other defendant(s) used or intended to use excessive force against Plaintiff

6    Darrell Hunter and that Sr. Deputy Nuti failed to act to prevent the other defendant(s) from

7    engaging in such conduct?

8                                Yes_____        No_____

9

10        3.      Has Plaintiff Darrell Hunter proven that defendant Deputy Burleson violated

11    Plaintiff's rights under the Bane Act (Cal. Civ. Code § 52.1)?

12

13                                Yes_____        No_____

14

15        4.      Has Plaintiff Darrell Hunter proven that any of the following defendants'

16    conduct was malicious or committed in reckless disregard of Darrell Hunter's rights?

17          Deputy Adam Burleson:        Yes_____     No_____

18          Deputy Mario Gonzales:       Yes_____     No_____

19          Deputy William James:        Yes_____     No_____

20          Deputy Frank Lu:              Yes_____     No_____

21          Deputy Jurnation Reymundo:   Yes_____     No_____

22          Deputy Mark Nuti:           Yes_____     No_____

23

24        **IT IS SO ORDERED.**

25

26    Dated:  August 8, 2013

27                                        _____

28                                        JACQUELINE SCOTT CORLEY
                                    UNITED STATES MAGISTRATE JUDGE