United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL HUNTER,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 11-4911 JSC<br><br>**ORDER GRANTING IN FORMA PAUPERIS APPLICATION FOR PURPOSES OF APPEAL** |

On December 18, 2013, Plaintiff filed a notice of appeal of the final judgment entered in this action following the jury verdict rendered on all remaining claims on August 12, 2013. (Dkt. No. 233.) Plaintiff submitted a financial affidavit (Dkt. No. 235) following his appeal which the Court construes as an application to proceed in forma pauperis for purposes of appeal. The application is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: December 23, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE